UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>          Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>          Defendant. | CASE NO. C19-621-RSL-BAT<br><br>**ORDER GRANTING EXTENSION FOR INITIAL DISCLOSURES** |

The Court GRANTS the stipulated motion, Dkt. 23, to extend the deadline for initial disclosures and ORDERS: Initial Disclosures Pursuant to FRCP 26(a)(1) are due 8/7/2019. The parties have not requested extensions of other deadlines set in the Court's order for Joint Status report and therefore the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) remains due by 8/12/2019

DATED this 10th day of July, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING extension for initial disclosures - 1