The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF CORECTIONS; ROBIN SMITH; DR. JULIA BARNETT; BILLY HEINSOHN; J. ROGERS; ANDERSON; JACKSON; DALE CALDWELL; JACK WARNER; KEVIN BOVENKAMP; M. COOKE and DOES, I-X,<br><br>Defendants. | NO. 2:19-CV-0621-RSL-BAT<br><br>STIPULATION AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Christopher Smith, acting by and through Darryl Parker, and the Defendants, including State of Washington Department of Corrections; Robin Smith; Dr. Julia Barnett; Billy Heinsohn; J. Rogers; Anderson; Jackson; Dale Caldwell; Jack Warner; Kevin Bovenkamp; and M. Cooke, acting by and through Robert W. Ferguson, Attorney General, and Gauri Shrotriya Locker, Assistant Attorney General, that the above-entitled action as to all Defendants and any and all claims

NO. 2:19-CV-0621-RSL

STIPULATION AND ORDER OF DISMISSAL

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

brought or which could have been brought be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and Defendants.

DATED this 15th day of November, 2019.

Civil Rights Justice Center, PLLC

*s/Darryl Parker*
Darryl Parker, WSBA#30770
Attorneys for Plaintiff
2150 N. 107th Street, Suite 520
Seattle, WA 98133
(206) 557-7719

ROBERT W. FERGUSON
Attorney General

*s/Gauri Shrotriya Locker*
Gauri Shrotriya Locker, WSBA #39022
Assistant Attorney General
Attorneys for Defendants
Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Telephone: (206) 464-7352
Facsimile: (206) 587-4229
E-mail: Gauri.Locker@atg.wa.gov

NO. 2:19-CV-0621-RSL

STIPULATION AND ORDER OF DISMISSAL

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

## ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that all Defendants, State of Washington Department of Corrections; Robin Smith; Dr. Julia Barnett; Billy Heinsohn; J. Rogers; Anderson; Jackson; Dale Caldwell; Jack Warner; Kevin Bovenkamp; and M. Cooke shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DONE IN OPEN COURT this 15th day of November, 2019.

_____
ROBERT S. LASNIK, JUDGE

| Presented by: | Approved as to Form and Notice of Presentation Waived: |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | Civil Rights Justice Center, PLLC |
| *s/Gauri Shrotriya Locker*<br>Gauri Shrotriya Locker, WSBA #39022<br>Assistant Attorney General<br>Attorneys for Defendants<br>Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104-3188<br>Telephone: (206) 464-7352<br>Facsimile: (206) 587-4229<br>E-mail: Gauri.Locker@atg.wa.gov | *s/Darryl Parker*<br>Darryl Parker, WSBA#30770<br>Attorneys for Plaintiff<br>2150 N. 107th Street, Suite 520<br>Seattle, WA 98133<br>(206) 557-7719 |

NO. 2:19-CV-0621-RSL

STIPULATION AND ORDER OF DISMISSAL

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352